IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, et al., | 02-3592 SBA (JCS) |
| Plaintiffs, | [Docket No. 43] |
| v. | Related to: 02-3593 SBA (JCS) |
| LEMOS CONCRETE CONSTRUCTION, et al., | [Docket No. 46] |
| Defendants. | **ORDER** |

This matter comes before the Court on Plaintiff's October 5, 2004 Motions for Entry of Judgment. During the January 25, 2005 hearing on Plaintiffs' Motions to re-open the above-captioned cases, the Court found that the judgment at issue had been fully satisfied.

Accordingly,

Plaintiffs' Motions for Entry of Judgment [Docket Nos. 43 & 46] are DENIED as MOOT.

IT IS SO ORDERED.

Dated: 8-22-05

SAUNDRA BROWN ARMSTRONG
United States District Judge